**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| ELIZABETH ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 23-CV-10549-AK |
| v. | ) | |
| | ) | |
| MICHAEL FULLER and | ) | |
| XVSOUTH, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JUDGMENT**

**ANGEL KELLEY, D.J.**

This action came to trial before the Court. The issues have been tried before a jury and the jury rendered a partial verdict in favor of the Plaintiff. [Dkt. 153]. Final judgment is hereby entered in favor of Plaintiff Elizabeth Allen against Defendants Michal Fuller and XVSOUTH, LLC, on Counts I and XIII of Plaintiff's Second Amended Complaint. [Dkt. 128].

As to Count I, principal damages in the amount of $68,729.00 are awarded to Plaintiff Allen, and pursuant to this Court's prior Order [Dkt. 178], with prejudgment interesting running at 12% per annum under Mass. Gen. Laws. ch. 231, § 6C, from October 24, 2021, for total prejudgment interest of $36,447.08 as of March 25, 2026, the combined amount of which (principal and prejudgment interest) shall be subject to post-judgment interest at a rate of 3.70% per annum under 28 U.S.C. § 1961.

As to Count XIII, principal damages in the amount of $312,500.00 are awarded to Plaintiff Allen, and pursuant to this Court's prior Order [Dkt. 178], with prejudgment interesting running at 12% per annum under Mass. Gen. Laws. ch. 231, § 6C, from October 21, 2021, for

1

total prejudgment interest of $166,027.40 as of March 25, 2026, the combined amount of which

(principal and prejudgment interest) shall be subject to post-judgment interest at a rate of 3.70%

per annum under 28 U.S.C. § 1961.

**SO ORDERED.**

Dated: March 25, 2026                                        /s/ Angel Kelley
                                                            Hon. Angel Kelley
                                                            United States District Judge